**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-300 |
| | § | |
| 2.476 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND FIDENCIO M. | § | |
| GUERRA, Jr., *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.     This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination and award of just compensation to the owners and parties in interest.

2.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1358.

3.     The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.     The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-6002
Owner:  Fidencio M. Guerra, Jr., *et al.*
Acres:  2.476

**Being** a 2.476 acre (107,842 square feet) parcel of land, more or less, being out of the Augustine de la Garza Survey, Abstract No. 83, Porción 73, Starr County, Texas, being out of Share 36, and being out of a called 24.19 acre tract conveyed to Robert Miguel Guerra, Carlos Antonio Guerra, Fidencio Miguel Guerra, Jr., Brenda E. Guerra Brooke, Judith A. Guerra Arnold and Daniel Joseph Guerra by Family Settlement Agreement, Distribution of Estate, Funding of the Residence Trust, Waiver of Formal Accounting and Release recorded in Volume 1136, Page 41, Official Records of Starr County, Texas (Tract 12) and in Order Admitting Will to Probate and Authorizing Letters Testamentary recorded in Volume 1468, Page 313, Official Records of Starr County, Texas (Tract 12), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 1/2" iron rod for the north corner of Tract RGV-RGC-6002, said point being at a westerly exterior corner of the 24.19 acre tract and a southerly interior corner of a called 9 acre tract conveyed to Fidencio M. Guerra, Jr., Robert James Margo, Marilyn Margo Flores, Carolyn Margo Trombley, Sister Marian Frances Margo, Frederick J. Margo, Richard L. Margo, A.E. Margo and Virginia Margo Jones by Abstract of Judgement recorded in Volume 1415, Page 567, Official Records of Starr County, Texas (Third Tract: Share 38-A) and being the same tract of land conveyed to Roberto Miguel Guerra, Carlos Antonio Guerra, Fidencio Miguel Guerra, Jr., Brenda Estela Guerra Brooke, Judith Ann Guerra Arnold and Daniel Joseph Guerra by Application for Probate of Will and Issuance of Letters Testamentary recorded in Volume 1478, Page 308, Official Records of Starr County, Texas (Cause No. 2013-PC-2240), said point having the coordinates of N=16662553.759, E=852635.238, said point bears S 63°28'12" E, a distance of 6952.51' from United States Army Corps of Engineers Control Point No. 210;

**Thence:** along the common lines of the 24.19 acre tract and the 9 acre tract, the following courses and distances:

- S 28°36'10" E (S 28°52'00" E, Record), for a distance of 264.00' to a found 1/2" iron rod for a northerly interior corner of Tract RGV-RGC-6002;

- N 15°43'35" E (N 15°26'00" E, Record), for a distance of 52.96' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6001-3=6002-3" for an easterly north corner of Tract RGV-RGC-6002, said point being in the west line of the 24.19 acre tract and the east line of the 9 acre tract;

**Thence:** departing the east line of the 9 acre tract, over and across the 24.19 acre tract, the following courses and distances:

## SCHEDULE C (Cont.)

- S 27°12'30" E, for a distance of 109.52' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6002-4" for an angle point in the northeast line of Tract RGV-RGC-6002;

- S 15°37'27" E, for a distance of 266.25' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6002-5=6004-1" for the southeast corner of Tract RGV-RGC-6002, said point being at an easterly exterior corner of the 24.19 acre tract, the west corner of Lot 4 and the northwest corner of Lot 5 of River Bend Subdivision Phase III recorded in Volume 3, Page 485, Plat Records of Starr County, Texas and a northerly corner of a called 14.64 acre tract conveyed to Starr Produce, Inc. (Undivided Interest) by Warranty Deed recorded in Volume 539, Page 524, Official Records of Starr County, Texas (Share 30-B) being the same tract of land conveyed to Al E. Margo, Frederick J. Margo, Richard L. Margo and Virginia Gail Jones (Undivided Interest) by Special Warranty Deed recorded in Volume 1239, Page 503 and  Volume 1239, Page 509, Official Records of Starr County, Texas;

**Thence:** along the common lines of the 24.19 acre tract and the 14.64 acre tract, the following courses and distances:

- N 55°43'47" W (N 56°33'00" W, Record), for a distance of 63.93' to a point for a southerly interior corner of Tract RGV-RGC-6002;

- S 11°35'48" W (S 11°20'00" W, Record), for a distance of 355.93' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6002-7=6004-12" for the south corner of Tract RGV-RGC-6002, said point being in the east line of the 24.19 acre tract and the west line of the 14.64 acre tract;

**Thence:** departing the west line of the 14.64 acre tract, over and across the 24.19 acre tract, the following courses and distances:

- N 15°11'46" W, for a distance of 514.33' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6002-8" for an angle point in the southwest line of Tract RGV-RGC-6002;

- N 27°12'30" W, for a distance of 117.95' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6001-6=6002-9" for the west corner of Tract RGV-RGC-6002, said point being in the east line of the 9 acre tract and the west line of the 24.19 acre tract;

**Thence:** N 11°37'21" E (N 11°20'00" E, Record), with the east line of the 9 acre tract and the west line of the 24.19 acre tract, for a distance of 251.19' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**

**LAND TO BE CONDEMNED**



## SCHEDULE D (Cont.)



LEGEND

●    5/8" REBAR W/ "MDS" CAP SET

○    CALCULATED POINT

UTILITY POLE

ORSC    OFFICIAL RECORDS OF STARR COUNTY
PG    PAGE
VOL    VOLUME

—————   ACQUISITION BOUNDARY
—·—·—   ADJOINING ACQUISITION BOUNDARY
— P L —   PROPERTY LINE
—————   MATCH LINE
—x—x—x—   WIRE FENCE
～～～～   BRUSH LINE
— OHE —   OVERHEAD UTILITY LINE

☑ SEE SHEET 7

SCALE: 1" = 100'

0'          100'          200'

SHEET 4
SHEET 5

RGV-RGC-6002
ACQUISITION AREA
2.476 ACRES

NO DEED OF
RECORD FOUND

GRAVEL ROAD
(PRIVATE)

TRACT No.
RGV-RGC-T1022E
PERPETUAL TOWER EASEMENT
CALLED 0.1.797 ACRE

TRACT No.
RGV-RGC-6004

TRACT No.
RGV-RGC-T1022E-1
PERPETUAL ACCESS &
UTILITY EASEMENT
CALLED 2.3971 ACRES

**MDS** LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10015500
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818

METES & BOUNDS SURVEY
ROBERTO MIGUEL GUERRA, ET AL
TRACT No. RGV-RGC-6002
STARR COUNTY     TEXAS

Drawing Ref. No.
SHEET 5 OF 8

| Mark | Description | Date | Appr |
|---|---|---|---|
| 1 | Store revision | 9/4/20 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W46XMA815773870001

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 12/19 |
| Checked | TPA | 12/19 |
| Surveyor | JDB | 12/19 |
| Fld Bk. # | | |

**B&F**
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING COMPANY
B&F ENGINEERING, INC.
NO. 10163942

US Army Corps
of Engineers

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-6002     DATE: 9/4/2020

## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 63'28'12" E | 6952.51' | N/A | N/A |
| L2 | S 28'36'10" E | 264.00' | S 28'52'00" E | 264.00' |
| L3 | N 15'43'35" E | 52.96' | N 15'26'00" E | N/A |
| L4 | S 27'12'30" E | 109.52' | N/A | N/A |
| L5 | S 15'37'27" E | 266.25' | N/A | N/A |
| L6 | N 55'43'47" W | 63.93' | N 56'33'00" W | 64.00' |
| L7 | S 11'35'48" W | 355.93' | S 11'20'00" W | N/A |
| L8 | N 15'11'46" W | 514.33' | N/A | N/A |
| L9 | N 27'12'30" W | 117.95' | N/A | N/A |
| L10 | N 11'37'21" E | 251.19' | N 11'20'00" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16662553.759 | 852635.238 | RGV-RGC-6001-5=6002-1 |
| 2 | 16662321.975 | 852761.625 | RGV-RGC-6001-4=6002-2 |
| 3 | 16662372.954 | 852775.980 | RGV-RGC-6001-3=6002-3 |
| 4 | 16662275.552 | 852826.055 | RGV-RGC-6002-4 |
| 5 | 16662019.143 | 852897.762 | RGV-RGC-6002-5=6004-1 |
| 6 | 16662055.142 | 852844.931 | RGV-RGC-6002-6=6004-11 |
| 7 | 16661706.476 | 852773.381 | RGV-RGC-6002-7=6004-12 |
| 8 | 16662602.621 | 852638.564 | RGV-RGC-6002-8 |
| 9 | 16662307.723 | 852584.633 | RGV-RGC-6001-6=6002-9 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 12/09/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (812) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10015500
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818

| | METES & BOUNDS SURVEY | | | | |
|---|---|---|---|---|---|
| Drawing Ref. No. SHEET 6 OF 8 | ROBERTO MIGUEL GUERRA, ET AL TRACT No. RGV-RGC-6002 | | | | |
| | STARR COUNTY                    TEXAS | | | | |

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 12/19 |
| Checked | TPA | 12/19 |
| Surveyor | JDB | 12/19 |



**B&F ENGINEERING, INC.**
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM No. 10163842



US Army Corps of Engineers

CONTRACT No.: W91278-14-D-0013
T.O.: W45XMA81577987D001

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-6002     DATE: 9/4/2020

## SCHEDULE D (Cont.)

**[7]**
ROBERT MIGUEL GUERRA,
CARLOS ANTONIO GUERRA,
FIDENCIO MIGUEL GUERRA, JR.,
BRENDA E. GUERRA BROOKE,
JUDITH A. GUERRA ARNOLD
& DANIEL JOSEPH GUERRA
CALLED 24.19 ACRES
FAMILY SETTLEMENT AGREEMENT,
DISTRIBUTION OF ESTATE,
FUNDING OF THE RESIDENCE TRUST,
WAIVER OF FORMAL ACCOUNTING & RELEASE
VOL. 1136, PG. 41 ORSC
(TRACT 12)
ROBERT MIGUEL GUERRA,
CARLOS ANTONIO GUERRA,
FIDENCIO MIGUEL GUERRA, JR.,
BRENDA E. GUERRA BROOKE,
JUDITH A. GUERRA ARNOLD
& DANIEL JOSEPH GUERRA
CALLED 24.19 ACRES
ORDER ADMITTING WILL TO PROBATE
& AUTHORIZING LETTERS TESTAMENTARY
VOL. 1488, PG. 313 ORSC
(TRACT 12)
REMAINING AREA: 13.312 ACRES

ROBERT MIGUEL GUERRA,
CARLOS ANTONIO GUERRA,
FIDENCIO MIGUEL GUERRA, JR.,
BRENDA E. GUERRA BROOKE,
JUDITH A. GUERRA ARNOLD
& DANIEL JOSEPH GUERRA
CALLED 24.19 ACRES
FAMILY SETTLEMENT AGREEMENT,
DISTRIBUTION OF ESTATE,
FUNDING OF THE RESIDENCE TRUST,
WAIVER OF FORMAL ACCOUNTING & RELEASE
VOL. 1136, PG. 41 ORSC
(TRACT 12)
ROBERT MIGUEL GUERRA,
CARLOS ANTONIO GUERRA,
FIDENCIO MIGUEL GUERRA, JR.,
BRENDA E. GUERRA BROOKE,
JUDITH A. GUERRA ARNOLD
& DANIEL JOSEPH GUERRA
CALLED 24.19 ACRES
ORDER ADMITTING WILL TO PROBATE
& AUTHORIZING LETTERS TESTAMENTARY
VOL. 1488, PG. 313 ORSC
(TRACT 12)
REMAINING AREA: 8.718 ACRES

**[8]**
ROBERT MIGUEL GUERRA, CARLOS ANTONIO GUERRA, FIDENCIO MIGUEL GUERRA, JR.,
BRENDA E. GUERRA BROOKE, JUDITH A. GUERRA ARNOLD & DANIEL JOSEPH GUERRA
CALLED 24.63 ACRES
FAMILY SETTLEMENT AGREEMENT, DISTRIBUTION OF ESTATE, FUNDING OF THE RESIDENCE TRUST,
WAIVER OF FORMAL ACCOUNTING & RELEASE
VOL. 1136, PG. 41 ORSC
(TRACT 7)

ROBERT MIGUEL GUERRA, CARLOS ANTONIO GUERRA, FIDENCIO MIGUEL GUERRA, JR.,
BRENDA E. GUERRA BROOKE, JUDITH A. GUERRA ARNOLD & DANIEL JOSEPH GUERRA
CALLED 24.63 ACRES
ORDER ADMITTING WILL TO PROBATE & AUTHORIZING LETTERS TESTAMENTARY
VOL. 1488, PG. 313 ORSC
(TRACT 7)

**[9]**
MARIO ALBERTO GARCIA, JR. &
ODALY GARCIA
LOT 33
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[10]**
DELIO SAENZ
LOT 34
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[11]**
MIRELLA LOPEZ BENITEZ
LOT 35
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[12]**
SERGIO SALINAS, JR. &
NELLY SALINAS
LOT 36
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[13]**
RAUL VIDAL &
ANGELINA GARCIA
LOT 37
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[14]**
JESUS ROLANDO PENA &
AGUEDA PENA
LOT 38
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[15]**
RENE PENA &
ESTRELLA R. PENA
LOT 39
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[16]**
ERASMO RIOS, JR.
LOT 40
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[17]**
CLAUDIA L. BENITEZ &
RAFAEL BENITEZ
LOT 41
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[18]**
JOSE GUADALUPE PENA
LOT 42
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[19]**
CYNTHIA GARZA
LOT 1
AMENDING PLAT OF
RIVER BEND SUBDIVISION PHASE II
VOL. 3, PG. 445 PRSC

**[14]**
OWNER UNKNOWN
LOT 1
RIVER BEND SUBDIVISION
PHASE III
VOL. 3, PG. 485 PRSC

**[22]**
MARIA Y. HERNANDEZ
& ALFREDO VILLARREAL
CALLED 20.46 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 1364, PG. 94 ORSC

**[16]**
OWNER UNKNOWN
LOT 2
RIVER BEND SUBDIVISION
PHASE III
VOL. 3, PG. 485 PRSC

**[17]**
OWNER UNKNOWN
LOT 3
RIVER BEND SUBDIVISION
PHASE III
VOL. 3, PG. 485 PRSC

**[18]**
OWNER UNKNOWN
LOT 4
RIVER BEND SUBDIVISION
PHASE III
VOL. 3, PG. 485 PRSC

**[19]**
OWNER UNKNOWN
LOT 5
RIVER BEND SUBDIVISION
PHASE III
VOL. 3, PG. 485 PRSC

**[20]**
STARR PRODUCE, INC.
(UNDIVIDED INTEREST)
CALLED 14.64 ACRES
WARRANTY DEED
VOL. 539, PG. 524 ORSC
(SHARE 30-8)

AL E. MARGO,
FREDERICK J. MARGO,
RICHARD L. MARGO
& VIRGINIA GAIL JONES
(UNDIVIDED INTEREST)
SPECIAL WARRANTY DEED
VOL. 1239, PG. 503 ORSC
VOL. 1239, PG. 509 ORSC

**[21]**
FIDENCIO M. GUERRA, JR.,
ROBERT JAMES MARGO,
MARILYN MARGO FLORES,
CAROLYN MARGO TROMBLEY,
SISTER MARIAN FRANCES MARGO,
FREDERICK J. MARGO,
RICHARD L. MARGO,
A.E. MARGO
& VIRGINIA MARGO JONES
CALLED 9 ACRES
ABSTRACT OF JUDGEMENT
VOL. 1415, PG. 587 ORSC
(THIRD TRACT: SHARE 38-A)
ROBERTO MIGUEL GUERRA,
CARLOS ANTONIO GUERRA,
FIDENCIO MIGUEL GUERRA, JR.,
BRENDA ESTELA GUERRA BROOKE,
JUDITH ANN GUERRA ARNOLD
& DANIEL JOSEPH GUERRA
APPLICATION FOR PROBATE OF WILL &
ISSUANCE OF LETTERS TESTAMENTARY
VOL. 1478, PG. 308 ORSC
(CAUSE No. 2013-PC-2240)

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
874 HARPER ROAD, SUITE 104 · KERRVILLE, TX 78028 · 830-816-1818

| | | | | BY | DATE |
|---|---|---|---|---|---|
| **METES & BOUNDS SURVEY** | | Mark | Description | Date | Appr |
| **ROBERTO MIGUEL GUERRA, ET AL** | | 1 | share revision | 8/4/20 | |
| **TRACT No. RGV-RGC-6002** | | | | | |
| Drawing Ref. No. | SHEET 7 OF 8 | | | | |
| STARR COUNTY | TEXAS | | | | |

Drawn TPA 12/19
Checked TPA 12/19
Surveyor JOB 12/19
Fid.Bk. #

CONTRACT No. W912TS-14-D-0013
T.O.: W45XMA815773870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10103842


**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
PH.(501)767-2366
FAX.(501)767-6859
(EMAIL) info@bnfeng.com


US Army Corps of Engineers

MDS PROJ. NO. 19-200-00    FILE NAME: RGV-RGC-6002    DATE: 9/4/2020

## SCHEDULE D (Cont.)



Tract: RGV-RGC-6002
Owner:  Fidencio M. Guerra, Jr., *et al.*
Acres:  2.476

# SCHEDULE

# E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-6002
Owner:  Fidencio M. Guerra, Jr., *et al.*
Acres:  2.476

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land identified as the Augustine de la Garza Survey, Abstract No. 83, Porción 73, Share 36, Starr County, Texas, and being Tract 12 in Order Admitting Will to Probate, and Authorizing Letters Testamentary recorded in Volume 1468, Page 313, Official Records of Starr County, Texas, and Family Settlement Agreement, Distribution of Estate, Funding of the Residence Trust, Waiver of Formal Accounting and Release recorded with Official Records of Starr County, Texas, in Volume 1136, Page 41, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is TWENTY FIVE THOUSAND, FIVE HUNDRED AND SEVENTY FOUR DOLLARS AND NO/100 ($25,574.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Fidencio Miguel Guerra, Jr.**<br>███████████<br>McAllen, Texas 78501 | **Family Settlement Agreement**, Volume 1136, Page 41; Recorded February 28, 2007, Deed Records of Starr County, Texas |
| **Brenda Estela Guerra Brooke**<br>███████████<br>Austin, Texas 78731 | **Family Settlement Agreement**, Volume 1136, Page 41; Recorded February 28, 2007, Deed Records of Starr County, Texas |
| **Robert Miguel Guerra**<br>███████████<br>McAllen, Texas 78501-2422 | **Family Settlement Agreement**, Volume 1136, Page 41; Recorded February 28, 2007, Deed Records of Starr County, Texas |
| **Daniel Joseph Guerra, Jr.**<br>███████████<br>McAllen, Texas 78501-2422 | **Family Settlement Agreement**, Volume 1136, Page 41; Recorded February 28, 2007, Deed Records of Starr County, Texas |
| **Judith Ann Guerra Arnold**<br>███████████<br>McAllen, Texas 78501-2422 | **Family Settlement Agreement**, Volume 1136, Page 41; Recorded February 28, 2007, Deed Records of Starr County, Texas |
| **Carlos Antonio Guerra**<br>███████████<br>Scottsdale, Arizona 85259-3097 | **Family Settlement Agreement**, Volume 1136, Page 41; Recorded February 28, 2007, Deed Records of Starr County, Texas |
| **Ameida Salinas**<br>Starr County Tax Assessor & Collector<br>100 North FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Tax Authority** |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 2.476 Acres of Land More of Less, Situate in Starr County, State of Texas; and Fidencio M. Guerra, Jr., et al. |

| **(b)**   County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant   Starr |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Roland D. Ramos, US Attorney's Office, SDTX 1701 W. Bus. Hwy 83 Suite 600 McAllen, TX 78501 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
       Plaintiff

☐ 2   U.S. Government
       Defendant

☐ 3   Federal Question
       *(U.S. Government Not a Party)*

☐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability ☐ 196 Franchise | **PERSONAL INJURY** ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers' Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury ☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability ☐ 368 Asbestos Personal Injury Product Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 690 Other | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 **PROPERTY RIGHTS** ☐ 820 Copyrights ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 375 False Claims Act ☐ 376 Qui Tam (31 USC 3729(a)) ☐ 400 State Reapportionment ☐ 410 Antitrust ☐ 430 Banks and Banking ☐ 450 Commerce ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV ☐ 850 Securities/Commodities/ Exchange ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** ☒ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | **CIVIL RIGHTS** ☐ 440 Other Civil Rights ☐ 441 Voting ☐ 442 Employment ☐ 443 Housing/ Accommodations ☐ 445 Amer. w/Disabilities - Employment ☐ 446 Amer. w/Disabilities - Other ☐ 448 Education | **PRISONER PETITIONS** **Habeas Corpus:** ☐ 463 Alien Detainee ☐ 510 Motions to Vacate Sentence ☐ 530 General ☐ 535 Death Penalty **Other:** ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | **LABOR** ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Management Relations ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act ☐ 790 Other Labor Litigation ☐ 791 Employee Retirement Income Security Act **IMMIGRATION** ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision ☐ 950 Constitutionality of State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
       Proceeding

☐ 2   Removed from
       State Court

☐ 3   Remanded from
       Appellate Court

☐ 4   Reinstated or
       Reopened

☐ 5   Transferred from
       Another District
       *(specify)*

☐ 6   Multidistrict
       Litigation -
       Transfer

☐ 8   Multidistrict
       Litigation -
       Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security.

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   09/29/2020

SIGNATURE OF ATTORNEY OF RECORD   /s/ Roland D. Ramos

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____